**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7107**

RANDY LEE LASSITER, JR.,

Plaintiff - Appellant,

v.

RYAN MATTHEW SHEPHERD, Detective; NEAL GRAY CROWDER, Detective,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, Senior District Judge. (1:19-cv-00968-LO-TCB)

Submitted: August 19, 2021                    Decided: August 23, 2021

Before GREGORY, Chief Judge, FLOYD, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Randy Lee Lassiter, Jr., Appellant Pro Se. Michael Beverly, Deputy City Attorney, CITY ATTORNEY'S OFFICE, Norfolk, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randy Lee Lassiter, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 action as barred by res judicata. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Lassiter*, No. 1:19-cv-00968-LO-TCB (E.D. Va. filed July 14, 2020 & entered July 15, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*